[If you need additional space for ANY section, please attac

1:22-cv-00701
Judge Martha M. Pacold
Magistrate Judge Jeffrey Cole
RANDOM

5M

| | | |
|---|---|---|
| Micah Anderson<br>Plaintiff<br><br>v.<br><br>Snap D market<br>Defendant<br>San Ora na polli D; Arco | ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois** |

RECEIVED
FEB 08 2022 AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date 02/08/20

**COMPLAINT**

The Snap D marketing See A forming using my Invustmets To Be A Bonafide owner of my Investments. (Page 7)

The Com

Neglegent under A fiduciary capacity with Supplemental Nutritions program.

The Snap D marketing used Custodial Assests Descrimination in The Building. Chattles. And the utilities The utilities caused Damage from public used of The Snap D marketing - The form 3 for the Company for Broad Band and NASDAQ Comcast Corporation pennsylvania One Comcast Center Philadelphia, PA, 1700 (Page 9) IRS, EIN 27-0000-798

I Attach Proof of my Market # D18 06466 Registered with the Company. For genetic Records And the Data. And virtual marketing. (Page 13)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Micah Anderson )
) **United States District Court**
Plaintiff ) **Northern District of Illinois**
)
v. )
)
)
Defendant )
SANDRA NAPOLLI DJ ARCO
Snap D Market

**COMPLAINT**

The Company used Broad Band, Telecommunications, following me threw the city

I had no access to the films, footages, Derivatives created I did not have no access to the Commission Records, Book, documents of my Derivatives and catalogs. Investments.

The Company film creating Derivatives from Broadband The Company film creating Derivatives from the filming of the Cause Injury to my Body from the filming of the Company Broad Band and Daily telecommunication sold on the Nasdaq markets.

Door dash inc Issuer my Investments Reported By Fang Andy c/o Door Dash inc 303 2nd St Southtower 8th FL, San Francisco CA 94107 - 01/19/2022 - Including Reported price for my shares, 126 - 136 - The transaction Rub moreno - Attorney in Fact using Door Dash to Trans mit my data from the Marketing # URN D 1806466 page 9

[signature]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

US DC

Notice Address

I M currently HAVE to ATTACH ~~any~~ A Copy of A Address until Then used The FFRFR 039@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Micah Anderson

B. List all aliases:

C. Prisoner identification number:

D. ~~Place of present confinement~~: FFRFR 039 @ gmail.com

E. Address:

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: SANDRA NAPOLLI D, ARCO

Title: Snap D MARKET

Place of Employment: 180 N LASALLE Blvd #3700 Chicago, IL, 60601.

B. Defendant:

Title:

Place of Employment:

C. Defendant:

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) My Investments From Issue

2) To put Estopel to The Title's
3) And to Executor Estate And Probate Justice Center
4) And Restraining Order on The Commission Titles.
And to estopel Restraing order on Comcast Broad BAND
On Market Due to Cardiovascular Email - Which can cause Damage

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 02/ day of 08, 20 22

[signature]

(Signature of plaintiff or plaintiffs)

Micah Anderson

(Print name)

(I.~~D. Number~~) FFRFR039@gmail.com.

(Address)

 Revised 9/2007

Page 5

[ NOT IN JURE NO IN DURE
Do not copy right
Do not Adjunct ]

My
Proof of marketing
Prior #
Marketing #

Incorp 0001594012 – telecommunication system 0001276770 – security 0001200598

**Sunrise Hospital and Medical Center**
3186 South Maryland Parkway, Las Vegas, Nevada, 89109 (702)961-5000

IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#:D00120598303 ADM DATE:05/08/19 UNIT RCRD #:D002568789 ARRIVAL:WI
ROOM/BED: ADM TIME:1843 MARKET URN:D1806466 CONF: VIP:
PT..TYPE:DEP ER ADMIT PRI/SRC:EM / PR LOCATION(S):D.ER FC:99

PATIENT INFORMATION

NAME: ANDERSON,MICAH PREFERRED NAME: MICAH
STREET: 693 PACIFIC STAR CT DOB: 11/22/1990 SS#: xxx-xx-5942
STREET: AGE: 28 RACE: BLACK/AFRI
C/S/ZP: LAS VEGAS,NV 89121 SEX: M MAR STATUS: S
PHONE#: (312)723-9813 CNTY/RES: CLARK REL: NONE LANG: ENGLISH

SPOUSE/NOK/COMPANION | PERSON TO NOTIFY

[redacted]
999 NO KNOWN ADDRESS
LAS VEGAS,NV 89109
(702)581-1916 RELTN: OTHER RELATIONSHIP

PT REFUSED
693 PACIFIC STAR CT
LAS VEGAS,NV 89121
(312)723-9813 RELTN: UNKNOWN

Heet Engery 0000 35 73 00166
CL KPEI.

Page 5
Page 13

Incorp 0001594012 – telecommunication system 0001276770 – security 0001200598

**Sunrise Hospital and Medical Center**
3186 South Maryland Parkway, Las Vegas, Nevada, 89109 (702)961-5000

IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#:D00120598303 ADM DATE:05/08/19 UNIT RCRD #:D002568789 ARRIVAL:WI
ROOM/BED: ADM TIME:1843 MARKET URN:D1806466 CONF: VIP:
PT..TYPE:DEP ER ADMIT PRI/SRC:EM / PR LOCATION(S):D.ER FC:99

PATIENT INFORMATION

NAME: ANDERSON,MICAH PREFERRED NAME: MICAH
STREET: 6[redacted]CT DOB: 11/22/1990 [redacted]
STREET: [redacted]
C/S/ZP: [redacted]
PHONE#: [redacted]9813 CNTY/RES: CLARK [redacted] ENGLISH

SPOUSE/NOK/COMPANION | PERSON TO NOTIFY

[redacted]
999 [redacted]ESS.
[redacted]
[redacted]
LAS[redacted]121

Heet Engery 0000 35 7 00166
CL KPEI.

Google marketing d snap

All News Images Shopping Videos More Tools

About 97,800,000 results (0.62 seconds)

https://www.snap-dmarketing.com

## home | Snap dmarketing IncSnap dmarketing Inc | Marketing ...

**Snap-D Marketing** is a **Marketing**, Business Development and Management Consulting Firm that helps lawyers, law firms and professional service firms grow revenue.

https://www.snap-dmarketing.com › marketing

## Marketing | Snap dmarketing IncSnap dmarketing Inc

**Snap-D Marketing** is a **Marketing**, Business Development and Management Consulting Firm that helps lawyers, law firms and professional service firms grow revenue.

https://www.glassdoor.com › Overview › Working-at-S...

## Working at Snap-D Marketing | Glassdoor

See what employees say it's like to work at **Snap-D Marketing**. Salaries, reviews, and more - all posted by employees working at **Snap-D Marketing**.

Rating: 4 · 1 vote

https://www.zoominfo.com › snap--d-marketing-inc

## Snap-D Marketing - Overview, News & Competitors - ZoomInfo

**Snap-D Marketing** is a **marketing** consulting firm providing service exclusively to law firms and other professional service organizations such as accounting, ...

https://www.linkedin.com › bestmarketingexpert

## Sandra Napoli-D'Arco - Chief Marketing Officer/Founder

**Snap-D Marketing**, Inc. is a fully integrated **marketing** agency providing service exclusively to law firms and other professional service organizations. Our ...

https://www.fns.usda.gov › snap › farmers-markets-adv...

## SNAP at Farmers Markets: Advertising and Marketing - USDA ...

Apr 5, 2019 — Advertising and **marketing** is one of the most important aspects of attracting **SNAP** clients to farmers markets.

Missing: d | Must include: d

https://frac.org › d-snap-advocates-guide-1 PDF

## The FRAC Advocate's Guide to the Disaster Supplemental ...

Oct 26, 2018 — Administering **Disaster SNAP** (D-SNAP): Timelines and Key Players ................. 13 ... 71Food **Marketing** Institute. (2005).

https://frac.org › topic › d-snap

## D-SNAP Archives

Topic: **D-SNAP**. Hurricane Season Is One More Reason to Strengthen **SNAP** Now. By Ellen Vollinger ... Social Media and Content **Marketing** Associate.

https://pubmed.ncbi.nlm.nih.gov › ...

## and WIC-Authorized Retail Food Stores in the United States

by SM Rust · 2019 · Cited by 4 — We examined the presence of tobacco **marketing** in authorized retailers in the Supplemental Nutrition Assistance Program (**SNAP**) and/or Special...

## Images for marketing d snap




See outside

## Snap-D Marketing, Inc.

Website | Directions | Save | Call

Marketing agency in Chicago, Illinois

**Located in:** 180 North LaSalle Street

**Address:** 180 N LaSalle Blvd #3700, Chicago, IL 60601

**Hours:** Open · Closes 7PM

**Phone:** (312) 981-5015

Suggest an edit · Own this business?

### Questions & answers

Be the first to ask a question

Ask a question

### Reviews

Write a review | Add a photo

Be the first to review

### People also search for

View 15+ more

| | | | |
|---|---|---|---|
| DS&P Digital Marketin... Internet marketing service | Digital Marketers Chicago Internet marketing service | Social Media 312 Marketing agency | March Media Chicago... Marketing agency |

About this data

Feedback

Feedback

→ View all

Related searches ⋮

**what are** snap **benefits**

**what is** snap

**how to get food stamps**

**can you buy flowers with ebt**

1 2 3 4 5 6 7 8 9 10 Next

**Chicago, Illinois** - Based on your past activity - Update location

Help Send feedback Privacy Terms

Google sec snap d marketing v market urn d 1806466 form 3 Sign in

All News Images Shopping Videos More Tools

About 1 results (0.56 seconds)

https://www.sec.gov › wf-form3_161671563396980

SEC FORM 3

Mar 25, 2021 — e.g., puts, calls, warrants, options, convertible securities · 1. Title of Derivative Security (Instr. · 2. Date Exercisable and Expiration Date ( ...

Missing: ~~snap marketing market urn 1806466~~

**Ad** · https://northwestern.edu/northwestern

Northwestern Marketing Courses - Drive Marketing Success

Learn the Latest **Marketing** Best Practices From Industry Experts. Secure Your Place Now. Fill the Gaps in Your **Marketing** Knowledge With a Forward-Thinking Northwestern Course.

Discover Key Differences · Find Out More · Read Testimonials · Courses Offered

**Ad** · https://shopwebly.com/us

Marketing Analytics Firm - Marketing Analytics Firm

**Marketing** Analytics Firm - Quick And Easily Found At Shopwebly! Many Products. Easy Acces. Quick Results. Compare Products. Search and Discover. Find Easily.

Compare Quick · Instant Products · Discover · Variaty · Search & Find · Trending

**Ad** · https://www.gigapromo.com/

Marketing Reporting Tools - Find Marketing Reporting Tools

Find and Compare **Marketing** Reporting Tools online. Save now at GigaPromo! Large Selection. Always Sale. Cheap Prices. Full Offer. Save Online. Compare Online.

Sale · Cheap · Trending · Popular · Discount · Information




See outside

## Snap-D Marketing, Inc.

Website Directions Save Call

Marketing agency in Chicago, Illinois

**Located in:** 180 North LaSalle Street

**Address:** 180 N LaSalle Blvd #3700, Chicago, IL 60601

**Hours:** Open · Closes 7PM

**Phone:** (312) 981-5015

Suggest an edit · Own this business?

Questions & answers

Be the first to ask a question

Ask a question

Reviews

Write a review Add a photo

Be the first to review

People also search for View 15+ more

DS&P Digital Marketing... Internet marketing service

Digital Marketers Chicago Internet marketing service

Social Media 312 Marketing agency

March Media Chicago... Marketing agency

About this data Feedback

Chicago, Illinois - Based on your past activity - Update location

Help Send feedback Privacy Terms

Google snap d marketing v market urn d 1806466

Sign in

All News Shopping Images Maps More Tools

1 result (0.37 seconds)

http://www.mytimesnow.com › sitemap-57

sitemap-57.xml - Mytimesnow

... .com/news/entertainment/1805430/must-watch-proposal-scenes-for-this-**v**-day ...
http://www.mytimesnow.com/news/business/1805633/what-changed-for-**d**-street- ...

Chicago Loop, Chicago, IL - From your IP address - Update location

Help Send feedback Privacy Terms

(page 6)

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
Crestview Partners II GP, L.P.

(Last) (First) (Middle)
C/O CRESTVIEW PARTNERS
590 MADISON AVENUE, 42ND FLOOR

(Street)
NEW YORK NY 10022

(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Victory Capital Holdings, Inc. [ VCTR ]

3. Date of Earliest Transaction (Month/Day/Year)
01/11/2021

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X 10% Owner
Officer (give title below)
Other (specify below)

6. Individual or Joint/Group Filing (Check Applicable Line)
Form filed by One Reporting Person
X Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock[1] | [1] | 01/11/2021 | | A | | 2,126[2] | | [1][2] | [1][2] | Class A Common Stock | 2,126[1] | $23.5[2] | 35,262,064[4] | I | See Footnotes[1][2][4][6][7][8] |
| Class B Common Stock[1] | [1] | 01/11/2021 | | A | | 1,063[3] | | [1][3] | [1][3] | Class A Common Stock | 1,063[1] | $23.5[3] | 5,464[5] | I | See Footnotes[1][3][5][7][8] |

1. Name and Address of Reporting Person*
Crestview Partners II GP, L.P.

(Last) (First) (Middle)
C/O CRESTVIEW PARTNERS
590 MADISON AVENUE, 42ND FLOOR

(Street)
NEW YORK NY 10022

(City) (State) (Zip)

1. Name and Address of Reporting Person*
Crestview Victory, L.P.

(Last) (First) (Middle)
C/O CRESTVIEW PARTNERS
590 MADISON AVENUE, 42ND FLOOR

(Street)
NEW YORK NY 10022

(City) (State) (Zip)

1. Name and Address of Reporting Person*
Crestview Advisors, L.L.C.

Page 4

(Last) (First) (Middle)

C/O CRESTVIEW PARTNERS
590 MADISON AVENUE, 42ND FLOOR

(Street)

NEW YORK NY 10022

(City) (State) (Zip)

1. Name and Address of Reporting Person*

Binderow Alex J.

(Last) (First) (Middle)

C/O CRESTVIEW ADVISORS, L.L.C.
590 MADISON AVENUE, 42ND FLOOR

(Street)

NEW YORK NY 10022

(City) (State) (Zip)

1. Name and Address of Reporting Person*

DEMARTINI RICHARD M

(Last) (First) (Middle)

C/O CRESTVIEW ADVISORS, L.L.C.
590 MADISON AVENUE, 42ND FLOOR

(Street)

NEW YORK NY 10022

(City) (State) (Zip)

1. Name and Address of Reporting Person*

HURST ROBERT J/NY

(Last) (First) (Middle)

C/O CRESTVIEW ADVISORS, L.L.C.
590 MADISON AVENUE, 42ND FLOOR

(Street)

NEW YORK NY 10022

(City) (State) (Zip)

**Explanation of Responses:**

1. Reflects shares of Class B Common Stock of the Issuer ("Class B Shares") which are convertible into shares of Class A Common Stock of the Issuer ("Class A Shares") on a one-for-one basis at any time by the holder and have no expiration date. Class B Shares will convert automatically into Class A Shares on the date on which the number of outstanding Class B Shares represents less than 10% of the aggregate combined number of outstanding Class A Shares and Class B Shares. In addition, each Class B Share will convert automatically into one Class A Share upon any transfer, whether or not for value, except for certain "Permitted Transfers" as defined in the Issuer's amended restated certificate of incorporation.

2. Reflects the issuance of 1,063 restricted Class B Shares under the Issuer's 2018 Stock Incentive Plan (the "Plan") to each of Alex J. Binderow and Richard M. DeMartini in lieu of quarterly director fees for service on the Issuer's Board of Directors payable in cash to each of Messrs. Binderow and DeMartini in the amount of $25,000. The Class B Shares were fully-vested as of the date of issuance. The price of the Class B Shares is based on the closing price of a Class A Share on January 11, 2021. Each of Messrs. Binderow and DeMartini has assigned all rights, title and interest in the Class B Shares issued to them to Crestview Advisors, L.L.C.

3. Reflects the issuance of 1,063 restricted Class B Shares under the Plan to Robert J. Hurst in lieu of quarterly director fees for service on the Issuer's Board of Directors payable in cash to Mr. Hurst in the amount of $25,000. The Class B Shares were fully-vested as of the date of issuance. The price of the Class B Shares is based on the closing price of a Class A Share on January 11, 2021.

4. Reflects (i) Class B Shares beneficially owned by Crestview Victory, L.P. and (ii) Class B Shares beneficially owned by Crestview Advisors, L.L.C. (including those Class B Shares that were delivered pursuant to the assignment described in Footnote 2 above).

5. Reflects Class B Shares directly beneficially owned by Mr. Hurst.

6. Crestview Partners II GP, L.P. ("Crestview GP") exercises voting and dispositive power over the shares held directly by Crestview Victory, L.P. Decisions by Crestview GP to vote or dispose of such shares require the approval of a majority of the members of its investment committee and the chairman of the investment committee. Crestview GP may be deemed to be the beneficial owner of the Class B Shares owned directly by Crestview Victory, L.P.

7. Alex J. Binderow, Richard M. DeMartini and Robert J. Hurst are each members of the Issuer's board of directors. Mr. Binderow was previously a partner of Crestview, L.L.C. (which is the general partner of Crestview GP) and Crestview Advisors, L.L.C. (which provides investment advisory and management services to certain Crestview entities). Mr. DeMartini and Mr. Hurst are Vice Chairmen of Crestview L.L.C. and Crestview Advisors, L.L.C.

8. Each Reporting Person disclaims beneficial ownership of the reported securities except to the extent of his or its pecuniary interest therein.

**Remarks:**

Exhibit 99--Joint Filer Statement

| | |
|---|---|
| Crestview Partners II GP, L.P., the Designated Filer, by: Crestview, L.L.C., its general partner, by: /s/ Ross A. Oliver, General Counsel | 01/12/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(P3)

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
Penn Mark Jeffery
(Last) (First) (Middle)
C/O THE STAGWELL GROUP LLC
1808 I STREET, NW 6TH FLOOR
(Street)
WASHINGTON DC 20006
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
MDC PARTNERS INC [ MDCA ]

3. Date of Earliest Transaction (Month/Day/Year)
03/24/2020

4. If Amendment, Date of Original Filed (Month/Day/Year)
03/26/2020

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
X 10% Owner
X Officer (give title below)
Other (specify below)
Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Subordinate Voting Shares | 03/26/2020(1) | | P | | 15,000 | A | $1.68(2) | 14,400,714(3) | I | See Footnote(4) |
| Class A Subordinate Voting Shares | | | | | | | | 602,500(5) | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This amendment is to include a transaction inadvertently omitted from the Form 4 filed by the Reporting Person on March 26, 2020.

2. The purchase price reported in Column 4 is an average price. These shares were purchased in multiple transactions at prices ranging from $1.64 to $1.73, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares purchased at each separate price within the ranges set forth in this footnote.

3. The amount of securities beneficially owned reported in Column 5 reflects the number as of the date of filing of this amendment, and includes shares purchased and reported on Form 4 subsequent to the March 26, 2020 filing of the Form 4 that is the subject of this amendment.

4. The Class A Subordinate Voting Shares purchased in this transaction were purchased directly by The Stagwell Group LLC ("Stagwell"). The Reporting Person is the controlling person of Stagwell. As of the date of filing of this amendment, Stagwell directly holds 115,000 Class A Subordinate Voting Shares of the Issuer. Stagwell is the manager of Stagwell Agency Holdings LLC, which directly holds 14,285,714 Class A Subordinate Voting Shares of the Issuer. The Reporting Person disclaims beneficial ownership of the securities reported herein except to the extent of his pecuniary interest therein, if any, and this report shall not be deemed an admission that the Reporting Person is the beneficial owner of, or has any pecuniary interest in, such securities for purposes of Section 16 of the Securities Exchange Act of 1934, as amended, or for any other purpose.

5. Includes 577,500 shares of unvested Restricted Stock (Class A Subordinate Voting Shares) of the Issuer.

/s/ Mark Penn — 05/21/2020
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

(P3)

Page 9

SEC Form 4

# FORM 4

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
Fang Andy

(Last) (First) (Middle)
C/O DOORDASH, INC.
303 2ND STREET, SOUTH TOWER, 8TH FLOOR

(Street)
SAN FRANCISCO CA 94107

(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
DoorDash, Inc. [ DASH ]

3. Date of Earliest Transaction (Month/Day/Year)
01/19/2022

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director
10% Owner
Officer (give title below)
Other (specify below)

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 01/19/2022 | | M | | 40,000 | A | $0.2 | 110,055[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 6,369 | D | $126.693[3] | 103,686[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 7,006 | D | $127.651[4] | 96,680[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 7,498 | D | $128.601[5] | 89,182[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 3,400 | D | $129.643[6] | 85,782[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 5,339 | D | $130.681[7] | 80,443[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 9,088 | D | $131.665[8] | 71,355[1] | D | |
| Class A Common Stock | 01/19/2022 | | S[2] | | 1,300 | D | $132.382[9] | 70,055[1] | D | |
| Class A Common Stock | 01/20/2022 | | M | | 40,000 | A | $0.2 | 110,055[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 2,523 | D | $126.956[10] | 107,532[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 2,000 | D | $128.056[11] | 105,532[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 600 | D | $129.21[12] | 104,932[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 6,100 | D | $130.38[13] | 98,832[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 3,600 | D | $131.389[14] | 95,232[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 2,000 | D | $132.045[15] | 93,232[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 8,276 | D | $133.39[16] | 84,956[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 10,822 | D | $134.445[17] | 74,134[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 3,779 | D | $135.046[18] | 70,355[1] | D | |
| Class A Common Stock | 01/20/2022 | | S[2] | | 300 | D | $136.603[19] | 70,055[1] | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

page 2

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Option (right to buy) | $0.2 | 01/19/2022 | | M | | | 40,000 | (20) | 06/25/2024 | Class A Common Stock | 40,000 | $0.00 | 2,288,390 | D | |
| Stock Option (right to buy) | $0.2 | 01/20/2022 | | M | | | 40,000 | (20) | 06/25/2024 | Class A Common Stock | 40,000 | $0.00 | 2,248,390 | D | |

**Explanation of Responses:**

1. Certain of these securities are represented by restricted stock units.
2. The sales reported by the Reporting Person were effected pursuant to a Rule 10b5-1 trading plan.
3. This sale price represents the weighted average sale price of the shares sold ranging from $126.06 to $127.055 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
4. This sale price represents the weighted average sale price of the shares sold ranging from $127.07 to $128.05 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
5. This sale price represents the weighted average sale price of the shares sold ranging from $128.105 to $129.05 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
6. This sale price represents the weighted average sale price of the shares sold ranging from $129.13 to $130.11 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
7. This sale price represents the weighted average sale price of the shares sold ranging from $130.16 to $131.15 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
8. This sale price represents the weighted average sale price of the shares sold ranging from $131.18 to $132.17 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
9. This sale price represents the weighted average sale price of the shares sold ranging from $132.21 to $132.88 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
10. This sale price represents the weighted average sale price of the shares sold ranging from $126.605 to $127.59 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
11. This sale price represents the weighted average sale price of the shares sold ranging from $127.69 to $128.56 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
12. This sale price represents the weighted average sale price of the shares sold ranging from $128.72 to $129.65 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
13. This sale price represents the weighted average sale price of the shares sold ranging from $129.83 to $130.805 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
14. This sale price represents the weighted average sale price of the shares sold ranging from $130.83 to $131.82 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
15. This sale price represents the weighted average sale price of the shares sold ranging from $131.83 to $132.74 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
16. This sale price represents the weighted average sale price of the shares sold ranging from $132.86 to $133.85 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
17. This sale price represents the weighted average sale price of the shares sold ranging from $133.86 to $134.85 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
18. This sale price represents the weighted average sale price of the shares sold ranging from $134.86 to $135.84 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
19. This sale price represents the weighted average sale price of the shares sold ranging from $136.41 to $136.75 per share. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.
20. The shares underlying the option are fully vested and immediately exercisable.

**Remarks:**

| | |
|---|---|
| /s/ Rob Moreno, Attorney-in-fact | 01/21/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

(Page 8)

Google

sec snap d marketing certificate 6963591 telephone di

Sign in

All News Images Videos Shopping More Tools

About 4 results (0.45 seconds)

https://www.sec.gov › Archives › edgar › data

## HARTFORD HLS SERIES FUND II INC - SEC.gov

Registrant's **telephone number**, including area code: (610) 386-1844. Date of fiscal year end: December 31. Date of reporting period: December 31, 2016.

https://www.sec.gov › Archives › edgar › data

## file: cmcsa-6302020x10q.htm - SEC.gov

Incorporation; Address and **Telephone. Number** of Principal Executive Offices. I.R.S. Employer Identification No. 001-32871. COMCAST CORPORATION. 27-0000798 ...

https://www.hubspot.com › snapchat-marketing

## Snapchat Marketing: The Ultimate Guide - HubSpot

Learn how to create compelling **Snaps** and Stories, analyze results, and grow your brand on **Snapchat**.

Missing: ~~certificate 6963591~~

https://www.yumpu.com › document › view › 6963591

## Discounts, Rebates & Incentives for Website - State of Rhode ...

State of Rhode Island RFP#B03252. Office Supplies, Toner and Paper - Discounts and Incentives. E.1 Discount Off **List**. (General OS). E.1 Discount Off **List**.

## Related searches

**snapchat** marketing **strategy 2021**

**how to use snapchat for business**

**snapchat** marketing **ideas**

**snapchat** marketing **jobs**

**snapchat** marketing **strategy pdf**

**snapchat** marketing **api**

**snapchat** marketing **course**

**snapchat strategy**

*In order to show you the most relevant results, we have omitted some entries very similar to the 4 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Chicago, Illinois** - Based on your past activity - Update location

Help Send feedback Privacy Terms

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-Q**

(Page 7)

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

COMCAST

| Commission File Number | Exact Name of Registrant; State of Incorporation; Address and Telephone Number of Principal Executive Offices | I.R.S. Employer Identification No. |
|---|---|---|
| **001-32871** | **COMCAST CORPORATION**<br>**Pennsylvania**<br>**One Comcast Center**<br>**Philadelphia, PA 19103-2838**<br>**(215) 286-1700** | **27-0000798** |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.01 par value | CMCSA | NASDAQ Global Select Market |
| 0.250% Notes due 2027 | CMCS27 | NASDAQ Global Market |
| 1.500% Notes due 2029 | CMCS29 | NASDAQ Global Market |
| 0.750% Notes due 2032 | CMCS32 | NASDAQ Global Market |
| 1.875% Notes due 2036 | CMCS36 | NASDAQ Global Market |
| 1.250% Notes due 2040 | CMCS40 | NASDAQ Global Market |
| 9.455% Guaranteed Notes due 2022 | CMCSA/22 | New York Stock Exchange |
| 5.50% Notes due 2029 | CCGBP29 | New York Stock Exchange |
| 2.0% Exchangeable Subordinated Debentures due 2029 | CCZ | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding twelve months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date:
As of June 30, 2020, there were 4,558,656,239 shares of Comcast Corporation Class A common stock and 9,444,375 shares of Class B common stock outstanding.